## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THE PROVIDENT BANK,

    Plaintiff,

v.                                                     CASE NO: 8:15-cv-1255-T-26JSS

MARK KOPANSKI,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiff's written submissions, it is **ORDERED AND ADJUDGED** that the Plaintiff's Motion for Final Default Judgment Against Defendant Mark Kopanski (Dkt. 10) is **granted**.  The Plaintiff is directed to furnish the Court a proposed Default Final Judgment through the Court's chambers' e-mail system no later than Friday, October 9, 2015.

**DONE AND ORDERED** at Tampa, Florida, on October 5, 2015.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record