UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE PROVIDENT BANK,

    Plaintiff,

v.                                                          CASE NO.  8:15-cv-1255-T-26JSS

MARK KOPANSKI,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiff's submissions, it is **ORDERED AND ADJUDGED** that the Plaintiff's Motion for Attorney's [F]ees (Dkt. 16) is **granted**. The Plaintiff is awarded an attorney's fee in the total sum of $3,066.00 against the Defendant. The Clerk is directed to enter judgment against the Defendant in the total sum of $3,066.00.

**DONE AND ORDERED** at Tampa, Florida, on October 19, 2015.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Mark Kopanski
3928 Stornoway Drive
Land O' Lakes, FL 34638